```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 14838
   VERA CLEMONS
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9282


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/10/2008 and was not confirmed.

     The case was dismissed without confirmation 10/29/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------

ACC CONSUMER FINANCE L    SECURED NOT I         .00            .00            .00
EVERHOME MORTGAGE         CURRENT MORTG         .00            .00            .00
EVERHOME MORTGAGE         MORTGAGE ARRE    38974.81            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY         NOT FILED           .00            .00
DISH NETWORK              UNSECURED        NOT FILED           .00            .00
PAYDAY                    UNSECURED        NOT FILED           .00            .00
AT&T                      UNSECURED        NOT FILED           .00            .00
AMERICAS FINANCIAL CHOIC  UNSECURED        NOT FILED           .00            .00
BELL WEST COMMUNITY CU    UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED         1200.00            .00            .00
LORRAINE GREENBERG & ASS  UNSECURED        NOT FILED           .00            .00
COMCAST                   UNSECURED        NOT FILED           .00            .00
DRIVE FINANCIAL SERVICES  NOTICE ONLY      NOT FILED           .00            .00
STEPHEN M HEANEY DDS      UNSECURED        NOT FILED           .00            .00
JVDB ASC                  UNSECURED        NOT FILED           .00            .00
NICOR GAS                 UNSECURED         1191.22            .00            .00
DRIVE FINANCIAL SERV/FIR  UNSECURED        NOT FILED           .00            .00
TCF NATIONAL BANK         UNSECURED        NOT FILED           .00            .00
CYNTHIA WATKINS           NOTICE ONLY      NOT FILED           .00            .00
AIS SERVICES LLC          UNSECURED          730.00            .00            .00
FORD MOTOR CREDIT         UNSECURED        16101.10            .00            .00
ASSET ACCEPTANCE LLC      UNSECURED          392.00            .00            .00
ASSET ACCEPTANCE LLC      UNSECURED          729.25            .00            .00
EVERHOME MORTGAGE         MORTGAGE NOTI    NOT FILED           .00            .00
EVERHOME MORTGAGE         CURRENT MORTG         .00            .00            .00
EVERHOME MORTGAGE         SECURED NOT I         .00            .00            .00
ECONOMY FURNITURE         SECURED NOT I     2676.97            .00            .00
ONYX ACCEPTANCE           UNSECURED         4501.33            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        831.50                           .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00


     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS

               PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 14838 VERA CLEMONS
```

```
------------------------------------------------------------------------------
TRUSTEE                                                   .00

PRIORITY                                                                 .00
SECURED                                                                  .00
UNSECURED                                                                .00
ADMINISTRATIVE                                                           .00
TRUSTEE COMPENSATION                                                     .00
DEBTOR REFUND                                                            .00
                                                 ---------------  ---------------
TOTALS                                                   .00             .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 01/27/09                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE




                                        PAGE   2
          CASE NO. 08 B 14838 VERA CLEMONS